IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE MALMQUIST, | No. C14-05645 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JERRY STOKES, | |
| Defendant. | |

Having dismissed this case for failing to state a claim, the Court enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: January 6, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE